# EXHIBIT B

**Panelists for FESTIBA's Congressional Roundtable on Hispanic Literacy held during Educator Day March 22 included left to right Manlio Argueta, Salvadoran novelist; Dr. Robert S. Nelsen, UTPA president; and Peter Reynolds, children's book author and illustrator.**

and discuss the importance of literacy and the arts in our communities," said U.S. Congressman Rubén Hinojosa (TX-15), who appeared via videoconference from Washington, D.C., where he had participated in the historic passage of healthcare reform legislation late the night before.

Hinojosa said the healthcare bill also included student aid legislation that is the biggest investment ever made in women's and minorities' access to higher education, including $2.55 billion for Historically Black Colleges and Universities and Hispanic Serving Institutions over the next few years and an increase in Pell Grants funds.

Approximately 100 teachers and librarians from South Texas school districts heard from Hinojosa at a Congressional Roundtable on Hispanic Literacy that additionally included U.S. Congressman Chaka Fattah (PA-2), also via videoconference; Peter Reynolds, author/illustrator of children's books and co-founder of FableVision Learning; Manlio Argueta, Salvadoran novelist and director of his country's National Public Library; and Dr. Robert S. Nelsen, UTPA president.

The panelists addressed questions on how to improve the literacy rates in Valley communities; what methods are needed to enhance early literacy; and how to meet the challenge of educating multi-lingual learners. Later sessions were held for participants with representatives from Reading is Fundamental (RIF); FableVision Learning: Springboards to Education; and the College Board.

Hinojosa said a top priority as a member of Congress will be to include more resources for programs and strategies that promote early literacy, particularly in low income areas, in the reauthorization of the Elementary and Secondary Education Act. He also promised to continue to work with the South Texas Literacy Coalition he helped form and RIF, the nation's largest nonprofit organization promoting literacy, to increase the access to books in the region's school districts.



**During the Educator Day luncheon, Brenda Huston, coordinator for library services at the McAllen ISD, inputted information into speaker Peter Reynolds' interactive Web site using her cell phone.**

"Working together we have tripled the number of books available to children in school. Children who become strong readers at an early age - from three years to the







## Why be a Millionaire Reader?



**Andrew Jackson Elementary School**
501 Harvey  McAllen, TX  78501 Phone: 956-971-4277
Contact Us





Jireh Baravio- 2nd gr: 96.6 points
Jianna Enriquez- 2nd gr: 62.4 points
Emil Velasquez- 4th gr: 59.2 points
Janelle Enriquez- 3rd gr: 47.3 points
Wendy Salinas-5th gr: 46 points
The Millionaire Club

How would you like to be a Castañeda Millionaire? All you have to do is keep AR testing. Everytime you take an AR test, Renaissance Place counts the words in each book you read and keeps a tally of all the words you've read. Once you reach a Million words, you become a Millionaire. Get ready to be treated royally because you will qualify to be a Guest of Honor at a spectacular luncheon.

Do you want to strive for more? Become a Multi-millionaire or even a Tri-Millionaire and receive a special trophy.

Congratulations to our six Castañeda Millionaires



www.utpa.edu                MORE



| myUTPA | News & Events | A-Z Index | Directory | Quick Links | ☀ 83°F | Search UTPA  GO |

**THE UNIVERSITY OF TEXAS-PAN AMERICAN**
PREPARE ▲ DISCOVER ▲ TRANSFORM ▲

## News

**SEARCH NEWS**
Search News  GO

**ARCHIVE**
. News Archive

**OPTIONS**
. News Story Idea
. Publicity Request Form

**RELATED LINKS**
. Calendars
. A-Z Index
. Directory
. RSS Feeds

### Educator Day ignites FESTIBA 2010's "Reading Revolution" week of events

Contact: Gail Fagan, Public Affairs Representative 381-2741

Posted: 03/22/2010

Share

A think tank of distinguished panelists brought to the forefront the important role of early literacy for not only the Rio Grande Valley but the nation during the kick off March 22 of the 2010 Festival of International Books and Arts (FESTIBA) at The University of Texas-Pan American.

In its fifth year, FESTIBA is a weeklong celebration of the arts and humanities as well as a showcase for activities to promote an interest in and love for reading, particularly by children. This year's theme - Reading Revolution -- not only commemorates the centennial of the Mexican Revolution and the 200th anniversary of Mexico's independence from Spain, but the urgency to create a culture of literacy from an early age.



**Panelists for FESTIBA's Congressional Roundtable on Hispanic Literacy held during Educator Day March 22 included left to right Manlio Argueta, Salvadoran novelist; Dr. Robert S. Nelsen, UTPA president; and Peter Reynolds, children's book author and illustrator.**

"Once a year we come together to celebrate and discuss the importance of literacy and the arts in our communities," said U.S. Congressman Rubén Hinojosa (TX-15), who appeared via videoconference from Washington, D.C., where he had participated in the historic passage of healthcare reform legislation late the night before.

Hinojosa said the healthcare bill also included student aid legislation that is the biggest investment ever made in women's and minorities' access to higher education, including $2.55 billion for Historically Black Colleges and Universities and Hispanic Serving Institutions over the next few years and an increase in Pell Grants funds.

cathey-library.mcalleni    MORE

Every student who reaches at least one million words will be rewarded in May as a member of the the Cathey Millionaire's Club. Will we have a catered luncheon, a pizza party, or more? Will we give away gift cards? Be one of the "millionaires" to find out!

**Books on Film**



*Have you noticed how many films based on books are coming out during the 2012-2013 school year?*

- **The Twilight Saga: Breaking Dawn, Part 2** (Nov. 16); book by Stephenie Meyer
- **Lincoln** (Nov. 16); book by Doris Kearns Goodwin
- **Rise of the Guardians** (Nov. 21); book by William Joyce
- **The Hobbit: An Unexpected Journey** (Dec. 14); book by J.R.R. Tolkien
- **Les Miserables** (Dec. 25); book by Victor Hugo
- **Jack the Giant Slayer** (March 1); based on children's folk tale
- **Oz: The Great and Powerful** (March 8); book by L. Frank Baum
- **The Host** (March 29); book by Stephenie Meyer
- **The Great Gatsby** (May 10); book by F. Scott Fitzgerald

**CMS Cyber Library Wiki**



Click **here** to view the very first Cathey Wiki Page!

*What can you find?*

- Destiny and Overdrive catalogs (print

16. Menton Quaid Murray
17. Manuel Brito
18. Thomas Plummer
19. Jonathon Guajardo
20. Charis Bales
21. Marcela Sanchez
22. Joel A. Vela
23. Fathima Elizondo
24. Margarito DeLeon
25. Dasom Lee
26. Najlah Sahadi

Many more students are on their way to becoming members of the club by the end of May. Keep up the amazing work!

How to become a millionaire:

Every time that you take an AR quiz, the exact number of words that you read will be recorded. Every student who reaches at least one million words will be rewarded in May as a member of the the Cathey Millionaire's Club. Will we have a catered luncheon, a pizza party, or more? Will we give away gift cards? Be one of the "millionaires" to find out!

**Books on Film**

cathey-library.mcalleni

**Go Cobras! Keep reading and listening for updates on the competition team!**

**Who Wants To Be a Millionaire?**



### We have Millionaires!

May 15, 2013, was the deadline for A/R quizzes and points earned. Cathey has twenty-six students who have read a million or more words. Excellent job!

1. Yanis Feuvre (3,000,000+ words!)
2. Valleria Sanchez
3. Marisela Leal
4. Emily Whitworth
5. Andrea Horr
6. Lauren Pearson
7. Simon Amezquita
8. John Patrick Dy
9. Rocio Pacheco-Salas
10. Angelica Martinez
11. David Leahy
12. Muhammad Tubraiz
13. Aidan Wasieliewski
14. Carissa Garcia
15. Sydney Ramon

Back | Forward | Home | Bookmarks | Tabs

texasbluebonnetaward2014.wordpress.com/master-list/

Students were introduced to the books in late September, and it really created a buzz. We currently have two copies of many of the books, but we can't keep them on the shelf. Looks like our bluebonnet program is spreading quickly.

## Century and Millionaire Clubs
### Century Club
The Century Club will be changing a bit this year. In order to encourage our students to excel, we have changed the reward system for the Century Club Field Trip.

100 A.R. Points = Student receives a Century Club T-Shirt at morning assembly
125 A.R. Points + an average of 80% or better = A. R. after school field trip at the end of the school year

### Millionaire Status
Students who read over one million words during this school year will receive a medal - presented at morning assembly.

## Welcome to Our Library
Welcome to another exciting year at the Perez Library. I am so excited to be back for another school year. This year we are adding more media types to our library that I am sure the students will enjoy. We are adding more playaways (books on mp3 players) and ebooks. There are a variety of these items that I am sure will get the students excited to read. I'm looking forward to the students earning those AR points.

Parents, If you need to contact me regarding your child's reading levels, please feel free to contact me after 3:30p.m. at 956-971-1125. I'm happy to assist you in any way I can, but please call after 3:30 as the library is fast and furious during the school day.

## E-books at Perez
The Perez Library has some e-books available for student reading and enjoyment. If students have Internet access, they can find our e-books using the Perez On-line Catalog on the side menu. Simply modify the search by changing the "material type" from "any type" to "electronic book (e-book)" . All of the e-books that we currently have available are AR testable. Try them. They are a lot of fun to read.





# Perez Library Web Page

Instructor: Mrs. Cooksey

## Files

### 📁 Schedules

## Announcements

### Accelerated Reader Home Connect

Home Connect is a website that allows parents to have access to their child's Accelerated Reader quiz records. All you need is your *child's user name and password* to login. You can connect to the Home Connect Website by selecting the Perez Library Link on the left side of the Perez Homepage. Under that link is another link to Home Connect.

Parents can also set up their child's account to automatically e-mail them every time the child takes an A.R. Exam. This option is especially useful for keeping track of the child's progress.

### E-books

Students will again be trained to utilize our e-books through Destiny, our district library program. We spent time last year going over the e-book, and we will again be refreshing our students' memory about these books.

It is very important that parents **download the app "Follett Digital Reader"** onto their child's i-pad. This app functions in two ways. First, it is a backdoor to checking-out e-books from one of our vendors - Follett. It will also allow students to download e-books onto their i-pads, so that they can move to a destination that does not have internet access and still be able to read the downloaded book.

Through Destiny, students can also monitor the books they have checked-out. They are now able to see what books have been checked-out and when they are due.

### Links

- **Caldecot Award Winner List**
Best picture books for younger readers
- **Newbery Award Winners**
Link to the winners of the Newbery Award for best stories.
- **Texas 2 x 2 Reading List**
List of books recommended for children from two years of age to second grade.
- **Texas Bluebonnet List (Grades 3 - 6)**
Twenty books recommended for students in third through sixth grades.

### Sidebar

- District Directories
- District Resources For:
- Employment Opportunities
- Dr. Pablo Perez, the first Hispanic Superintendent in McAllen ISD
- School Resources
  - Contact Us
  - Faculty & Staff Directory
  - Directory of Classes
  - For Staff
  - EMP
  - McAllen Public Library
  - District Strategic Plan
  - Just For Kids
- Perez Library
- International Baccaulareate
- PTO
- Parental Involvement